1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERON JAMES PURVIS, Jr., | Case No. 5:24-cv-00368-JWH-BFM |
| Plaintiff, | |
| v. | **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| COUNTY OF RIVERSIDE, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. Accordingly, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **ACCEPTED**.
2. The Complaint is **DISMISSED**.
3. Judgment shall be entered **DISMISSING** this action **without prejudice** for failure to prosecute and to follow court orders.
4. The Clerk is **DIRECTED** to serve this Order and the Judgment on all counsel or parties of record.

**IT IS SO ORDERED.**

DATED: December 17, 2024

HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE