JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERON JAMES PURVIS, Jr., | Case No. 5:24-cv-00368-JWH-BFM |
| Plaintiff, | |
| v. | **JUDGMENT** |
| COUNTY OF RIVERSIDE, et al., | |
| Defendants. | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The Complaint in this matter is **DISMISSED**.
2. This action is **DISMISSED without prejudice** for failure to prosecute and to follow court orders.

**IT IS SO ORDERED.**

DATED: December 17, 2024

HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE